UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                    Criminal No. 09-cr-187-02-JL

<u>Lynette Maryea</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 162 ) filed by defendant is granted. The continuance is limited to 60 days. Final Pretrial is rescheduled to July 22, 2010 at 2:00pm; Trial is continued to the two-week period beginning August 3, 2010, 09:30am.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                              /s/ Joe Laplante
                                              _____
                                              Joseph N. Laplante
                                              United States District Judge

Date: May 17, 2010

cc: All Counsel
    U.S. Marshal
    U.S. Probation