UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

      v.            Criminal No. 09-cr-187-02-JL

<u>Lynette Maryea</u>

### O R D E R

Pursuant to 18 U.S.C. § 4241, the court <u>sua sponte</u> orders that the defendant, Lynette Maryea, undergo a medical and psychological evaluation to determine her competency to stand trial, including an assessment of whether, and the extent to which her physical pain impacts that competency. Dr. Albert Drukteinis is appointed to conduct the evaluation. A report shall be filed with the court and copies shall be provided to the government and counsel for the defendant in accordance with the provisions of 18 U.S.C. § 4247 (b) and (c).

  SO ORDERED.

September 13, 2010            _____
                     Joseph N. Laplante
                     United States District Judge

cc: Jen Davis, AUSA, Don Feith, AUSA
   David Bownes, Esq.